LEGAL MAIL
Provided to Wakulla CI
OCT 2 2023   CW
for mailing

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES S. WAITS,
    PLAINTIFF

V.                      CASE NO.: 8:23-CV-00302-KKM-AEP

MICHELLE DOHERTY, JOEL ELSEA,
JOAN CORCES, EMMETT BATTLES,
KHAYRI R. McCRAY

    DEFENDANTS.

## MOTION FOR ENTRY OF DEFAULT JUDGEMENT

    PLAINTIFF, IS REQUESTING FOR A MOTION FOR DEFAULT JUDGEMENT TO BE ENTERED ACCORDING WITH FED.R.CIV.P. 55(b). ON DEFENDANT KHAYRI R. McCRAY IN CASE NO.: 8:23-CV-00302-KKM-AEP.

    PLAINTIFF, HAS ENTERED A MOTION FOR CLERK'S DEFAULT AGAINST KHAYRI R. McCRAY ON (9/15/2023) ACCORDING WITH FED.R.CIV.P. 55(a). AND WOULD LIKE TO PROCEED WITH THE PROPER PROCEDURE FOR OBTAINING A DEFAULT JUDGEMENT.

DEFENDANT KHAYRI R. McCRAY WAS SERVED A SUMMONS OF THIS COMPLAINT ON 3/16/2023 AND WAS ORDERED TO RESPOND WITHIN (21) DAYS OR FORFEIT OR DEFAULT ON PROPERTY BEING SOUGHT IN THIS CIVIL SUIT FOR COMPENSATION.

AT THE CONCLUSION OF THE (21) DAYS REQUIRED TO RESPOND BY THE SUMMONS. THE PLAINTIFF IS MOVING FOR A MOTION FOR DEFAULT JUDGEMENT TO BE ENTERED, BASED UPON FAILURE TO RESPOND.

REMEDY: AS SOON AS POSSIBLE PLAINTIFF WOULD LIKE TO BE BROUGHT BACK TO THE TAMPA DIVISION UNITED STATES MIDDLE DISTRICT OF FLORIDA COURTHOUSE FOR DEFAULT JUDGEMENT ON RELIEF SOUGHT IN CASE NO.: 8:23-CV-00302-KKM-AEP

AND

GRANT A MOTION FOR DEFAULT JUDGEMENT ON DEFENDANT KHAYRI R. McCRAY FOR FAILURE TO RESPOND.

10/1/2023
DATE

X Charles Waiter T72253
SIGNATURE      DCH

# AFFIDAVIT

THIS AFFIDAVIT IS PERTAINING TO CASE NO.: 8:23-CV-00302-KKM-AEP ASKING FOR DEFAULT OF JUDGEMENT TO BE ENTERED.

THIS COMPLAINT AROSE OUT OF DEFENDANT KHAYRI R. McCRAY BEING A FALSE CONFIDENTIAL INFORMANT AND GIVING FALSE AND PERJURED TESTIMONY THAT AMOUNTED TO FRAUD ON THE COURT AND PLAINTIFF RECIEVING (5) LIFE SENTENCES AND BEING LIABLE TO PERSONAL INJURY.

THE DEFENDANT WAS SERVED A SUMMONS ON 3/16/2023 ORDERING THE DEFENDANT TO RESPOND WITHIN (21) DAYS OR FORFEIT OR DEFAULT ON PROPERTY BEING SOUGHT IN CIVIL SUIT FOR COMPENSATION.

THE CONCLUSION OF THE (21) DAYS TO RESPOND HAS CONCLUDED THIS 6TH DAY OF APRIL, 2023. PLAINTIFF, IS ASKING FOR A DEFAULT OF JUDGEMENT ACCORDING TO FED.R.CIV.P. 55(b). TO BE ENTERED ON DEFENDANT KHAYRI R. McCRAY BEHALF FOR FAILURE TO PROPERLY RESPOND.

IT IS CURRENTLY OCTOBER 1, 2023 AND DEFENDANT HAS STILL YET FAILED TO RESPOND.

REMEDY: PLAINTIFF IS ASKING FOR THIS REMEDY FOR THE (12) YEARS PLAINTIFF HAS SERVED IN FRAUD AND FOR THE PERSONAL INJURIES AND PERMANCE OF LIFE CHANGING EXPERIENCE PLAINTIFF HAS SUSTAINED WHILE INCARCERATED.

THE PLAINTIFF WOULD LIKE TO BE COMPENSATED BY EVERY DEFENDANT WITH A $15,000,000.00 MILLION DOLLAR LIEN ON EACH DEFENDANT AND IF THE DEFENDANT CAN NOT PAY THE LIEN THEN THE PLAINTIFF WOULD WANT TO BE ISSUED A GOVERMENT OR CITY INSURED CREDIT CARD FOR REQUESTED AMOUNT AGAINST EACH DEFENDANTS CORPORATION WHO CERTIFYS AND AUTHORIZES THEM.

IN FURTHERANCE THE PLAINTIFF WOULD LIKE THIS COURT TO TAKE AWAY THE SENTENCE REDUCTION FROM CONFIDENTIAL INFORMANT, DEFENDANT KHAYRI R. MCCRAY AND PUT DEFENDANT SENTENCE BACK AT (20) YEARS. THE STATE ATTORNEYS AND PREPED CONFIDENTIAL INFORMANT COMMITTED A COLLECTIVE FRAUD AND PERJURY UNDER OATH ON THE COURT AT PLAINTIFF TRIAL.

THE PLAINTIFF WOULD LIKE FOR THE STATE ATTORNEYS INVOLVED IN THIS CASE TO BE REMOVED FOR TRYING TO SWAY THE COURTS WITH FALSE TESTIMONY ON THERE BEHALF AND FOR TRYING TO USE FALSE OR PREPED INFORMANTS TO SECURE A CONVICTION IN FRAUD.

The Plaintiff, is also asking to be awarded a new trial. A trial court has discretionary authority to order a new trial when the verdict is contrary to the manifest weight of evidence.

Brown v. Estate of Stuckey, 749 So. 2D 490, 498 (Fla. 1999)

In utilizing this discretionary power:

"A trial judge has the responsibility to draw "on his [or her] talents, his [or her] knowledge, and his [or her] experience to keep the search for the truth in a proper chanel."

AND

The trial judge should always grant a motion for a new trial when "the jury has been decieved as to the force and credibility of the evidence or has been influenced by considerations outside the record." ID at 497

(Cloud v. Fallis, 110 So. 2D 669, 673 (Fla. 1959)

Again Plaintiff, is asking for this remedy for the (12) years plaintiff has served in fraud and for the personal injuries and permance of life changing experience plaintiff has sustained while incarcerated.

10/1/2023
DATE

X _Chuck Waiter_ T72253
SIGNATURE    DC#